IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAUL A. MAYO, II, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 09-0198-CG-N |
| | ) |
| YAMAHA MOTOR CORPORATION, | ) |
| U.S.A., et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

This matter is before the court on the plaintiff's notice of service attempt pursuant to L.R. 4.1(c), and motion for additional time for service of process on defendant Yamaha Motore Co., Ltd. (Doc. 9), in which plaintiff moves for a 60 day extension of time to perfect service on said defendant.

Upon due consideration, the plaintiff's motion is **GRANTED**; therefore, the deadline for service is hereby extended to October 7, 2009.

In light of the plaintiff's representation that the case is being considered for inclusion in the Yamaha Rhino Multidistrict Litigation case (in re: Yamaha Motor Corp. Rhino ATV Products Liability Litigation, MDL No. 2016) pending in the Western District of Kentucky, this action hereby is **STAYED** pending receipt of the MDL Panel's transfer order.  This stay will remain in effect until the court is notified of the MDL Panel's decision concerning transfer.

**DONE and ORDERED** this 12th day of June, 2009.

                                        /s/ Callie V. S. Granade
                                      CHIEF UNITED STATES DISTRICT JUDGE